Rachel I. Burt v. Harriett W. Peters and Others, Impleaded with L. M.

Berkeley and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.